**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Salvador RAMOS–RUIZ, Defendant–
Appellant.**

No. 05–41660
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Laredo, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Salvador Ramos–Ruiz raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998),

---

which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be